988

No. 74–1069. WHITAKER ET UX. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–1098. ABBAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–1139. CLARK ET AL. *v.* STANKIVIC ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–1166. MINNESOTA ET AL. *v.* MINNESOTA CIVIL LIBERTIES UNION ET AL.;

No. 74–1167. LARKIN ET AL. *v.* MINNESOTA CIVIL LIBERTIES UNION ET AL.; and

No. 74–1168. QUAST ET AL. *v.* MINNESOTA CIVIL LIBERTIES UNION ET AL. Sup. Ct. Minn. Certiorari denied.

No. 74–1174. AIR LINE DISPATCHERS' ASSN. ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–1248. ARMSTRONG CORK CO. *v.* CONGOLEUM INDUSTRIES, INC. C. A. 3d Cir. Certiorari denied.

No. 74–1251. THOMAS *v.* FORD MOTOR CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–1253. HOWARD *v.* BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO. C. A. 10th Cir. Certiorari denied.

No. 74–1280. NAT HARRISON ASSOCIATES, INC. *v.* LOUISVILLE GAS & ELECTRIC CO. ET AL. C. A. 6th Cir. Certiorari denied.